# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3983
Lower Tribunal No. 23-DR-398

_____

NICHOLAS ARNOLD SCHOCK,

Appellant,

v.

KAYLA MARIE SCHOCK,

Appellee.

_____

Appeal from the Circuit Court for Hardee County.
David N. Horton, Judge.

November 18, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and SMITH, JJ., concur.


Nicholas Arnold Schock, Avon Park, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED